UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Melvin Alfredo Garcia Colon

                         Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 Mag -CR-     (  ) (  )

Defendant _Melvin Alfredo Garcia Colon_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _X_ teleconferencing:

**X**    Initial Appearance Before a Judicial Officer

____    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**X**    Bail/Detention Hearing

____    Conference Before a Judicial Officer

_/s/ with consent_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Signed Melvin Alfredo Garcia Colon by Christopher Flood
_____
Print Defendant's Name

_/s/ with consent_
Defendant's Counsel's Signature

**signed Christopher Flood**
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_12/04/2020_
Date

_Kathan H Paul_
U.S. District Judge/U.S. Magistrate Judge